IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| R.D. HERBERT & SONS CO. | ) |
| | ) |
| | ) |
| v. | ) NO. 3:06-0826 |
| | ) JUDGE CAMPBELL |
| LOCAL UNION NO. 177, SHEET | ) |
| METAL WORKERS INTERNATIONAL | ) |
| ASSOCIATION, et al. | ) |

ORDER

Pending before the Court are a Motion to Dismiss for Lack of Subject Matter Jurisdiction filed by Defendant Thomas L. Russell (Docket No. 8) and a Motion to Dismiss for Lack of Subject Matter Jurisdiction filed by Defendant Local Union No. 177 of the Sheet Metal Workers International Association (Docket No. 10).

For the reasons stated in the accompanying Memorandum, Defendant Russell's Motion to Dismiss (Docket No. 8) is GRANTED in part and DENIED in part, and Defendant Local Union's Motion to Dismiss (Docket No. 10) is DENIED. Any claims for money damages against Defendant Russell are dismissed.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE