IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


R.D. HERBERT & SONS CO.           )
                                  )
                                  )
v.                                ) NO. 3:06-0826
                                  ) JUDGE CAMPBELL
LOCAL UNION NO. 177, SHEET        )
METAL WORKERS INTERNATIONAL       )
ASSOCIATION, et al.               )


ORDER

Pending before the Court is Defendant The National Joint Adjustment Board for the Sheet

Metal Industry, Inc.'s Motion to Dismiss (Docket No. 24).

For the reasons stated in the accompanying Memorandum, the Motion is GRANTED.  All

claims against Defendant National Joint Adjustment Board for the Sheet Metal Industry, Inc. are

dismissed.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE