IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| R.D. HERBERT & SONS CO. | ) |
| | ) |
| | ) |
| v. | ) NO. 3:06-0826 |
| | ) JUDGE CAMPBELL |
| LOCAL UNION NO. 177, SHEET | ) |
| METAL WORKERS INTERNATIONAL | ) |
| ASSOCIATION, et al. | ) |

ORDER

Pending before the Court is Plaintiff's Motion for Preliminary Injunction (Docket No. 41).

For the reasons stated in the accompanying Memorandum, Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE