IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


R.D. HERBERT & SONS CO.          )
                                 )
                                 )
v.                               ) NO. 3:06-0826
                                 ) JUDGE CAMPBELL
LOCAL UNION NO. 177, SHEET       )
METAL WORKERS INTERNATIONAL      )
ASSOCIATION, et al.              )


ORDER

Pending before the Court are Defendant's Motion for Summary Judgment (Docket No. 37)

and Plaintiff's Cross-Motion for Summary Judgment (Docket No. 50). For the reasons stated in the

accompanying Memorandum, both Motions for Summary Judgment are DENIED.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE